UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL RIGHTS COMPLAINT

FILED SEP 11 2023 PM 3:43
FILED – USDC – BPT

Timothy C. Monroe
_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Judge: John Anthony Cirello
_____
Defendant(s).
(Full name(s) and capacity, *e.g.*, official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

Case No. _____
(To be supplied by the court)

A. PARTIES

1. Timothy C. Monroe (Plaintiff) is a citizen of Connecticut (State) who presently resides at 695 Park Ave #416, Bridgeport, CT. 06604 (mailing address)

2. Defendant Judge: John Anthony Cirello (name of first defendant) is a citizen of Connecticut (State) whose address is 1061 Main St. Bridgeport, CT. 06604 and who is employed as Judge, "State Superior Court" (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

*I've been the victim of Prejiduce for sometime now through Government entities*

3. Defendant _____ is a citizen of _____
   (name of second defendant)                              (State)

whose address is _____

and who is employed as _____.
                     (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes ____No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   _____ 42 U.S.C. § 1983 (applies to state defendants)

   _____ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Please see attached Affidavit and denial of my Constitutional rights on attached Docket # BPHCV02360

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II**: _____

_____

_____

Supporting Facts:




**Claim III**: _____

_____

_____

Supporting Facts:

## E. REQUEST FOR RELIEF

I request the following relief: Criminal charges including my Constitutional rights being thourally violated and also my character.

## F. JURY DEMAND

Do you wish to have a jury trial?   Yes ✓    No ____

Self represented                          Timothy C. monroe
Original signature of attorney (if any)   Plaintiff's Original Signature

Timothy C. monroe                         Timothy C. monroe
Printed Name                              Printed Name

                                          695 Park Ave #416
                                          Bridgeport, CT. 06604
(475) 283-8551                            ( )
Attorney's full address and telephone     Plaintiff's full address and telephone

Email address if available                Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at 915 Lafayette Blvd on 9/11/2023
              (location)              (date)
Bridgeport, CT. 06604           Timothy C. monroe
                                Plaintiff's Original Signature

(Rev. 3/21/16)

ORDER   442318

DOCKET NO: BPHCV236012669S              SUPERIOR COURT

NEW NEIGHBORHOODS INC. AS               HOUSING SESSION
MANAGING AGENT FOR PARK                    AT BRIDGEPORT
V.
MONROE, TIMOTHY                         9/11/2023

<u>ORDER</u>

ORDER REGARDING:
09/11/2023 120.00 APPLICATION FOR INJUNCTION (AUDITA QUERELA)

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Audita Querela is a remedy granted in favor of one against whom execution has issued or is about to issue on a judgment, the enforcement of which would be contrary to justice." Housing Authority v. Melanson, 23 Conn. App. 519, 519, n.1 (1990). "Audita Querela is a common law writ that may be granted when a defense to a judgment arises for the first time AFTER the judgment has been rendered."(Emphasis added) Oakland Heights Mobile Park, Inc., v Simon, 40 Conn.App. 30, n. 1 (1995). The Court now has before it a request for injunctive relief through a Writ of Audita Querela. As noted above, such a Writ is appropriate when the defense to the judgment arises for the first time AFTER the date of judgment. The issues raised in the audita are issues that existed since before judgment entered and were or could have been litigated prior to judgment in this matter.

Judicial Notice (JDNO) was sent regarding this order.

442318

Judge: JOHN ANTHONY CIRELLO
Processed by: George Papallo

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.